**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                  March 11, 2020
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

# CANCELLATION NOTICE

The settlement conference scheduled for Thursday, March 12, 2020, at 1:00 PM, before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of Marcus v. Lominy, et al., 18-cv-1857 (NSR) (LMS), has been *cancelled*.

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.