

**KAUFMAN BORGEEST & RYAN LLP**

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

**MEMO ENDORSED**

July 6, 2020

JOAN M. GILBRIDE
DIRECT: 212.994.6517
JGILBRIDE@KBRLAW.COM

The application is  X  granted.
___ denied.

Nelson S. Román, U.S.D.J.
Dated: July 6, 2020
White Plains, New York 10601

All motion papers shall be filed on the cross-reply date, Oct. 5, 2020. Clerk of the Court requested to terminate the motion (doc. 86).

**VIA ECF &
ELECTRONIC MAIL**

Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   Jay Marcus v. Marie Micheline Lominy and Pediatric Adolescent Medicine LLC
      S.D.N.Y. Civil Action No.: 18-CV-1857 (NSR) (LMS)

Dear Judge Roman:

We represent the Defendants, Marie Michelle Lominy and Pediatric Adolescent Medicine, LLC and write, with the consent of plaintiff, to request an adjournment of the current briefing schedule in place with respect to the motion and cross-motion for summary judgment. Defendants request this adjournment as a result of difficulties encountered in connection with the COVID-19 pandemic, resulting in delays. Defendants have not previously requested an adjournment.

The parties agreed to the following proposed revised briefing schedule (initial due date indicated in parentheses):

Defendants' opposition and cross-motion for summary judgment papers to be served August 6, 2020 (July 13, 2020)

Plaintiff's reply and cross-opposition papers to be served September 21, 2020 (August 27, 2020)

Defendants' cross cross-reply papers to be served October 5, 2020 (September 11, 2020)

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Joan Gilbride

NEW JERSEY       CONNECTICUT       CALIFORNIA

6566830

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2020

Joan M. Gilbride

Enclosure

cc:    Jordan El-Hag, Esq.
        *Attorneys for Plaintiff*

KAUFMAN BORGEEST & RYAN LLP

6566830