

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

September 30, 2020

JOAN M. GILBRIDE
DIRECT: 212.994.6517
JGILBRIDE@KBRLAW.COM

**MEMO ENDORSED**

**VIA ECF &
ELECTRONIC MAIL**

Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  Jay Marcus v. Marie Micheline Lominy and Pediatric Adolescent Medicine LLC
     S.D.N.Y. Civil Action No.: 18-CV-1857 (NSR) (LMS)

Dear Judge Roman:

We represent the Defendants, Marie Michelle Lominy and Pediatric Adolescent Medicine, LLC and write, with the consent of plaintiff, to request an adjournment of the current due date for Defendants' cross-reply papers. Defendants request this adjournment as a result of a delay caused by a family health issue. Defendants have requested one prior adjournment.

Plaintiff has consented to an adjournment of Defendants' cross-reply papers which are currently due to be served October 5, 2020. Plaintiff consented to a brief adjournment until October 19, 2020. All motion papers would be filed on October 19, 2020.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

*Joan Gilbride*

Joan M. Gilbride

Enclosure

cc:  Jordan El-Hag, Esq.
     *Attorneys for Plaintiff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2020

The application is granted. The Clerk of the Court is directed to terminate the motion at ECF No. 90.

Dated: October 1, 2020
White Plains, New York

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

CONNECTICUT          CALIFORNIA

6772945